IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02131-LTB

ARTHUR JAMES LOMAX,

    Plaintiff,

v.

MORRIS B. HOFFMAN,
MICHAEL ANTHONY MARTINEZ,
ANNE MARIE MANSFIELD,
DOUG JACKSON,
KENNETH PLOTZ,
ROBERT L. McGAHEY, and
ALFREDO HERNANDEZ,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on August 15, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 15 day of August, 2013.

                                FOR THE COURT,

                                JEFFREY P. COLWELL, Clerk

                                By: s/ S. Grimm
                                    Deputy Clerk